MORRIS ROSEN, Respondent, v. ISIDORE ARONS, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order with notice of entry thereof. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of Supplementary Proceedings: MORITZ JUNGREIS, as Administrator, etc., of TOBIAS JUNGREIS, etc., Appellant, v. MICHAEL SUSSKIND and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

EMILY R. MOLLER, as Ancillary Administratrix, etc., of HAROLD G. MOLLER, Deceased, Respondent, v. MAUD E. W. MOLLER PAULIVICO, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the moving papers are insufficient to warrant the granting of the order appealed from. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

GOLDA M. BENSCOE, Appellant, v. CHARLES A. STONEHAM and Another, Respondents.— Order modified by granting the motion as to item 1, and as so modified affirmed, without costs. The bill of particulars to be served within ten days from service of order with notice of entry thereof. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

BENJAMIN MAYER, Respondent, v. CAPITOL REFINING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

SAMUEL BRAUN, Respondent, v. AMENDT MILLING CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

MINNIE VYNER, Appellant, v. ALFRED N. VYNER, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

MINNIE VYNER, Appellant, v. MAX VYNER and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

ERNEST BREWER COMPANY, INC., Respondent, v. THE H. C. ERVIN COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.